# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**ANTHONY T. BARRIOS,**

       **Plaintiff,**

**v.**                                **Case No:  5:13-cv-29-Oc-22PRL**

**REGIONS BANK,**

       **Defendant.**

_____

## ORDER

This cause is before the Court on Defendant Regions Bank d/b/a Regions Mortgage's Renewed Motion for Sanctions (Doc. No. 47) filed on May 30, 2013.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed August 21, 2013 (Doc. No. 52), is ADOPTED and CONFIRMED and made a part of this Order.

2.     The Defendant Regions Bank d/b/a Regions Mortgage's Renewed Motion for Sanctions (Doc. No. 47) is hereby GRANTED.

3.     Sanctions in the form of attorneys' fees in the amount of **$14,142.39** and costs in the amount of **$750.23** are hereby imposed jointly against Plaintiff, Anthony T. Barrios and his lawyer, Kelley Bosecker.  The Clerk is directed to enter Judgment accordingly.

**DONE** and **ORDERED** in Ocala, Florida on September 16, 2013.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties